# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO:  RDB-25-122 |
| MARIA OSVELLIA SANDOVAL-AVILA, | |
| Defendant. | |

## GOVERNMENT'S MOTION TO REVOKE RELEASE ORDER AND SET HEARING

The United States of America respectfully moves, pursuant to 18 U.S.C. § 3145(a), to revoke the pretrial release order issued in this case on May 5, 2025 by United States Magistrate Judge Chelsea J. Crawford, and to set a hearing before the United States District Court to promptly determine the government's motion.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

_____
Paul E. Budlow
Assistant United States Attorney

1