# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **CASE NO: RDB-25-122** |
| **MARIA OSVELLIA SANDOVAL-AVILA,** | |
| **Defendant.** | |

## ORDER

Upon consideration of the Government's Motion Withdraw Motion to Revoke Release Order and Set Hearing, the Court, this 12th day of May, 2025 hereby:

**ORDERS** that the Government's Motion granted, and ECF No. 12 is DENIED.

/s/
Honorable Richard D. Bennett
United States District Judge