**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARIA OSVELIA SANDOVAL-AVILA, | CASE NO:   RDB-25-122 |

## MOTION TO DISMISS

Pursuant to Rule 48(a), the United States hereby requests leave of the court to dismiss without prejudice the Indictment pending in the above-captioned case, the defendant having been removed from the United States following her release on the pending charges.

A proposed Order granting the government leave to dismiss as herein requested is included with this motion.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: /s/ Paul E. Budlow_____
Paul E. Budlow
Assistant United States Attorney

1